IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**DELLA G.,**

        **Plaintiff,**

v.                                                  **CIVIL ACTION NO. 4:20cv124**

**ANDREW M. SAUL,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,**

        **Defendant.**

## *ORDER*

Before the Court is the Magistrate Judge's Report and Recommendation on Della G.'s (Plaintiff) action for judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for supplemental security income ("SIS"). On February 23, 2021, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. On March 23, 2021, Plaintiff filed a motion for summary judgment and on April 22, 2021, the Defendant filed a motion for summary judgment. On May 25, 2021, the Magistrate Judge filed his report recommending that the Plaintiff's motion for summary judgment be **GRANTED**, the Commissioner's motion for summary judgment be **DENIED**, and the case be **REMANDED** to the Commissioner for further proceedings. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing

the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed May 25, 2021, and it is, therefore **ORDERED** that the Plaintiff's Motion for Summary Judgment is **GRANTED,** Defendant's Motion for Summary Judgment is **DENIED,** and the case be **REMANDED** to the Commissioner for further proceedings.

The Clerk shall mail a copy of this final Order to counsel for both parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
June 29, 2021

Raymond A. Jackson
United States District Judge